UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X
GARDEN CITY BOXING CLUB, INC.

    Plaintiff,                      ORDER

  -against-                      Civil Action No.
                                      CV-05-1041 (DGT)
FRANCISCO A. RODRIGUEZ, and
ALBERTO RESTAURANT

    Defendants.

---------------------------------X

TRAGER, District Judge

    On July 7, 2005 the Court issued an order in the above captioned case granting default judgment as to all defendants. The matter was then referred to Magistrate Judge Kiyo Matsumoto for report and recommendation as to damages and attorney's fees. On September 28, 2005 Judge Matsumoto issued a Report and Recommendation. No objection to this Report and Recommendation has been filed with the Court. Therefore, the Court adopts in full the findings contained in the Report and Recommendation. The Clerk of the Court is directed to enter judgment accordingly and close the case.

Dated: Brooklyn, New York
       October 17, 2005

                                      SO ORDERED:

                                          /s/
                                   David G. Trager
                                   United States District Judge