UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,
*as Broadcast Licensee of the September 18, 2004*
*De La Hoya/Hopkins Program,*

         Plaintiff,

  -against-

FRANCISCO A. RODRIGUEZ, Individually doing
business as ALBERTO RESTAURANT, a/k/a
HENNESEY RESTAURANT, AND ALBERTO
RESTAURANT, a/k/a HENNESEY RESTAURANT,

         Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV-1041 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 24 2005 ★
BROOKLYN OFFICE

    An Order of Honorable David G. Trager, United States District Judge, having been filed on October 17, 2005, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated September 28, 2005; directing the Clerk of Court to enter a default judgment against defendants, jointly and severally, in the amount of $6,650.00, inclusive of basic and enhanced statutory damages, attorneys' fees of $1,287.50 and costs of $780.00, for a total award of $8,717.50; ordering that this amount accrue interest at the rate of nine percent from September 18, 2004 to the entry of judgment, and that after the entry of judgment, the judgment accrue interest at the rate provided by law until paid; and denying plaintiff's request for a permanent injunction; it is

JUDGMENT
05-CV- 1041 (DGT)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted; that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., *as Broadcast Licensee of the September 18, 2004 De La Hoya/Hopkins Program,* and against defendants, Francisco A. Rodriguez, Individually doing business as Alberto Restaurant, a/k/a Hennesey Restaurant, and Alberto Restaurant, a/k/a Hennesey Restaurant, jointly and severally, in the amount of $6,650.00, inclusive of basic and enhanced statutory damages, attorneys' fees of $1,287.50 and costs of $780.00, for a total award of $8,717.50; that this amount accrue interest at the rate of nine percent from September 18, 2004 to the entry of judgment, and that after the entry of judgment, the judgment accrue interest at the rate provided by law until paid; and that plaintiff's request for a permanent injunction is denied.

Dated: Brooklyn, New York
October 18, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court